O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO AQUINO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T.E. BUSBY, Warden,<br><br>　　　　Respondent. | Case No. ED CV 10-461-AG (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that Judgment will be entered denying the Second Amended Petition and dismissing this action with prejudice.

DATED:　October 28, 2012　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE