O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO AQUINO, | ) | Case No. ED CV 10-461-AG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| T.E. BUSBY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

Dated: October 28, 2012

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE